**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Lorenzo E. Beach |
| Debtor 2 (Spouse, if filing) | Gloria A. Beach |
| United States Bankruptcy Court for the: | District of Maryland (State) |
| Case number | 16-22833 |

# Form 4100R
## Response to Notice of Final Cure Payment            10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust

**Last 4 digits** of any number you use to identify the debtor's account: 4 2 2 9

**Court claim no.** (if known): 3-1

**Property address:** 9134 Whitetail Drive
Number     Street

Mardela Springs     MD     21837
City           State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:           + (b) $ _____

c. **Total.** Add lines a and b.                                              (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:      __ / __ / ____
MM / DD / YYYY

| Debtor 1 | Lorenzo E. Beach | Case number (if known) 16-22833 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

❑ I am the creditor.
■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ D. Anthony Sottile
Signature

Date 9/27/2019

Print: D. Anthony Sottile
First Name   Middle Name   Last Name

Title: Authorized Agent for Creditor

Company: Sottile and Barile, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone (513) 444-4100

Email: bankruptcy@sottileandbarile.com

Form 4100R     Response to Notice of Final Cure Payment     page 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| In Re: | Case No. 16-22833 |
| Lorenzo E. Beach<br>Gloria A. Beach | Chapter 13 |
| Debtors. | Judge Thomas J. Catliota |

**CERTIFICATE OF SERVICE**

I certify that on September 27, 2019, a copy of the foregoing Response to Notice of Final Cure Payment was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

>Ann Shaw, Debtors' Counsel
>ashaw@lawislocal.com
>
>Robert S. Thomas, II, Chapter 13 Trustee
>ecf@ch13balt.com
>
>Office of the United States Trustee
>(registeredaddress)@usdoj.gov

I further certify that on September 27, 2019, a copy of the foregoing Response to Notice of Final Cure Payment was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

>Lorenzo E. Beach, Debtor
>9134 White Tail Dr.
>Mardela, MD 21837-2474

Gloria A. Beach, Debtor
9134 White Tail Dr.
Mardela, MD 21837-2474

Dated: September 27, 2019

/s/ D. Anthony Sottile
D. Anthony Sottile
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com